AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

для

for the

District of Colorado

2014 JUN 24 PM 2:19

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-mj-01088-MJW |
| | ) | |
| DARWIN GILBERT GOWEN | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **DARWIN GILBERT GOWEN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Section 2423(b), (e), and (f): Travel with Intent to Engage in Illicit Sexual Conduct
Title 18 U.S.C. § 2422(b): Attempted Coercion and Enticement

Date: 5:35 pm, Jun 20, 2014

*Issuing officer's signature*

City and state: Denver, Colorado

Michael J. Watanabe U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/20/14, and the person was arrested on *(date)* 6/23/14
at *(city and state)* Denver, Colorado.

Date: 6/23/14

*Arresting officer's signature*

HSI Special Agent Darrell Franklin
*Printed name and title*